UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ANDERSON,<br><br>              Petitioner,<br><br>    v.<br><br>ON HABEAS CORPUS,<br><br>              Respondent. | Case No.   1:20-cv-00743-JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA<br><br>ECF No. 1 |

Petitioner Jerry Anderson, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254.  ECF No. 1.  The petitioner is challenging a conviction from Los Angeles County, which is in the Western Division of the Central District of California.  *Id*. Petitioner is currently incarcerated in Tuolumne County, which is part of the Fresno Division of this court.  Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is incarcerated.  Therefore, both the Central District of California and the Eastern District of California have concurrent jurisdiction.  *See* 28 U.S.C. § 2241(d).  Pursuant to Local Rule 120(f), a civil action that has not been commenced in the appropriate court may, on the court's own motion, be transferred.  Because petitioner is attacking the validity of his Los Angeles County conviction, we will transfer this case to the Central District of California for the ease and convenience of the parties and the court.  *See id*.

1

**Order**

    1. This action is transferred to the Western Division of the United States District Court for the Central District of California; and

    2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Central District of California
> Western Division
> 255 East Temple Street
> Los Angeles, CA 90012-3332

IT IS SO ORDERED.

Dated:   May 29, 2020                                                     _____
                                                            UNITED STATES MAGISTRATE JUDGE

No. 206.